# **EXHIBIT A**

**Air Methods**
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

February 22, 2024

K8747-L1-0004639 T00009 P001 **********MIXED AADC 159
GENOVEVA MILTON

Dear Genoveva Milton,

Air Methods is committed to protecting the privacy and security of the information in our care. Regrettably, we recently experienced an incident that involved some of that information. This letter explains the incident, measures we have taken, and some steps you may consider taking in response.

**What Happened:**
On November 9, 2023, an Air Methods billing office was broken into, and a laptop was stolen. We immediately filed a police report, but the laptop has not been recovered.

**What Information was Involved:**
On November 13, 2023, we determined that some of the files saved to the laptop may contain patient information. We immediately began reviewing the files and determined that they contained one or more of the following data elements: your name, contact information, date of service, Air Methods reference number, insurance information, and/or diagnosis/treatment information.

**What We Are Doing:**
Upon learning of the theft, we changed the password associated with the laptop's user account and confirmed that security tools were previously deployed on the device so that, if it connects to the internet, we will be alerted. In addition, we will continue to assess and, where appropriate, enhance office security.

**What You Can Do:**
It is always a good idea to review statements you receive related to your healthcare. If you identify charges for services you did not receive, you should contact the issuing entity immediately.

**More Information:**
We remain committed to protecting the confidentiality and security of patient information and apologize for the concern this may cause. If you have questions, please call 833-918-0247, available Monday to Friday 7 a.m. to 7 p.m. Mountain Time (excluding major US holidays). Be prepared to provide engagement number ▮.

Sincerely,

Air Methods

B115513