IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00642-NRN

RACHEL WILLIAMS and GENOVEVA
MILTON on behalf of themselves
individually and all others similarly situated,

      Plaintiffs,

v.

AIR METHODS CORPORATION,

      Defendant.

---

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

---

      Plaintiffs Rachel Williams and Genoveva Milton, along with Defendant Air Methods Corporation (the "Parties"), by and through their respective counsel, hereby give notice that the Parties have reached a settlement of the claims of Plaintiffs and the proposed class against Defendant. The Parties are negotiating, drafting, and finalizing a settlement agreement that will memorialize the agreed upon terms of this proposed settlement, and a motion for preliminary approval of the settlement to present to this Court in accordance with that settlement agreement. The motion for preliminary approval of the settlement will be filed within forty-five (45) days of the date of this filing.

      In the meantime, the Parties request that the Court stay any and all pending deadlines, including Air Methods Corporation's deadline to answer the amended complaint, while the Parties

finalize settlement. In support of this request and for good cause showing, the Parties state as follows:

1. On March 8, 2024, Plaintiff filed a putative class action. Dkt. No. 1.

2. On approximately April 23, 2024, Plaintiff served Defendant with the Complaint.

3. On March 15, 2024, a second-filed and related case was filed against Defendant in the United States District Court for the District of Colorado, case number 1:24-cv-00719-SBP. The complaint in that case contains substantially similar factual allegations, arises out of the same alleged security incident, and involves overlapping claims and defenses as the above-captioned matter.

4. On May 9, 2024, the Court granted Defendant's Stipulated Motion for Extension of Time. Dkt. No. 11.

5. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is June 4, 2024.

6. On March 11, 2024, the Court issued its Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form. Dkt. No. 4.

7. In its Order, the Court set the Scheduling/Planning Conference to take place on June 6, 2024. *Id.*

8. The Parties then jointly moved the Court to vacate the Parties' June 6, 2024 Scheduling Conference, and reschedule the Scheduling Conference to no earlier than July 8, 2024. Dkt. 12. In that motion, the Parties indicated to the Court that they were engaged in early alternative dispute resolution. The Court granted that joint motion, moving the Scheduling Conference to July 11, 2024. Dkt. 13.

9. To streamline the pleadings, on May 29, 2024, the second-filed action was voluntarily dismissed without prejudice, and the Plaintiffs filed their amended complaint in this Action, adding Plaintiff Genoveva (the plaintiff in the second-filed action) to this case. Dkt. 14.

10. Plaintiffs intend to file their motion for preliminary approval in this action within forty-five (45) days, which time is necessary to negotiate the specific terms of the settlement agreement, draft well-crafted notices and a claim form for the proposed Settlement Class, and to prepare a motion for preliminary approval.

11. During this time, the interests of judicial economy would be served by staying all case deadlines, including Defendant's deadline to answer the amended complaint, and by vacating the Scheduling Conference now scheduled for July 11, 2024.

12. Plaintiffs' counsel and Defendant's counsel jointly submit this request to the Court.

13. This motion is brought in good faith and not for the purposes of delay or any other improper purpose.

WHEREFORE, the Parties respectfully requests that the Court grant the motion staying all case deadlines, including Defendant's deadline to answer the amended complaint, vacate the July 11, 2024 Scheduling Conference, and set a deadline to file a motion for preliminary approval not less than forty-five (45) days from the date of this filing.

Dated: May 30, 2024

Respectfully submitted,

By: /s/ *Gary M. Klinger*          .
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

3

David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
Email: dlietz@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

.

*/s/Keeley O. Cronin*
Casie D. Collignon #35160
Keeley O. Cronin # 54693
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Fax: 303.861.7805
E-Mail: ccollignon@bakerlaw.com
kcronin@bakerlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                <u>s/Gary M. Klinger</u>
                Gary M. Klinger
                **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
                227 W. Monroe Street, Suite 2100
                Chicago, IL 60606
                Phone: (866) 252-0878
                E-Mail: gklinger@milberg.com

                *Attorney for Plaintiffs and the Proposed Class*