IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00642-NRN

RACHEL WILLIAMS, on behalf of herself individually and all others similarly situated,

Plaintiff,

v.

AIR METHODS CORPORATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Notice of Settlement and Joint Motion to Stay All Deadlines (ECF No. 15) is GRANTED. The Scheduling Conference set for July 11, 2024 at 10:00 a.m., all associated deadlines, and Defendant's deadline to answer the amended complaint are VACATED. On or before July 15, 2024, the parties shall file their dismissal papers or, if no settlement has been reached, a joint status report explaining the delay.

Date: May 30, 2024