IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00642-NRN

RACHEL WILLIAMS and
GENOVEVA MILTON, on behalf of themselves individually and all others similarly
situated,

Plaintiffs,

v.

AIR METHODS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File Excess Pages for Their Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 19) is GRANTED. Plaintiffs are given leave to exceed the page limit by ten additional pages in their Motion for Preliminary Approval of Class Action Settlement.

Date: July 12, 2024