IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00642-NRN

RACHEL WILLIAMS and
GENOVEVA MILTON, on behalf of themselves individually and all others similarly situated,

Plaintiffs,

v.

AIR METHODS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This matter is before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 22). It is hereby ORDERED that a telephonic Motion Hearing is SET on July 26, 2024 at 2:00 p.m. Five minutes prior to the scheduled time, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: July 18, 2024