IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-00642-NRN | Date: January 10, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| _Parties:_ | _Counsel:_ |
|---|---|
| RACHEL WILLIAMS AND GENOVEVA MILTON, on behalf of themselves and all others similarly situated, | Carolyn Cuneo<br>David Lietz |
| Plaintiffs, | |
| v. | |
| AIR METHODS, LLC, | Casie Collignon<br>Keeley Cronin |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:22 a.m.**   Court in session.

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards and memorandum in Support (Dkt. #31) and Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Memorandum in Support (Dkt. #32).

Court states its findings.

**ORDERED:**   Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards and memorandum in Support (Dkt. #31) and Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Memorandum in Support (Dkt. #32) are GRANTED.

The parties shall file a revised Final Order in accordance with the directions of the Court, by close of business on January 13, 2024 and

        shall also email a copy of the proposed Final Order (as a Microsoft Word document) to Neureiter_Chambers@cod.uscourts.gov.

**11:06 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.